# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR MELENDEZ-CRUZ,** | : | **CIVIL ACTION NO. 1:17-CV-1262** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **ANDRE D. KENNEDY,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of February, 2018, it is hereby ORDERED that the above-captioned action is reassigned to Judge Yvette Kane.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania